UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAREN RICKMAN,

Plaintiff,

-against-

BAMIDELE D BENSON and TPINE LEASING
CAPITAL LP,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/6/2026_____

25 Civ. 10367 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Defendants have filed a notice of removal in the above-captioned action.  ECF No. 1.  By **January 20, 2026**, Plaintiffs shall inform the Court whether they intend to contest removal.  If so, the Court will set a briefing schedule.  If not, the action will proceed in the ordinary course.

By **January 13, 2026,** Defendants shall serve Plaintiff with a copy of the notice of removal, along with all accompanying documents, and this Order and file proof of such service on the docket.

SO ORDERED.

Dated: January 6, 2026
        New York, New York

_____
ANALISA TORRES
United States District Judge