USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/11/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAREN RICKMAN,

Plaintiff,

-against-

BAMIDELE D BENSON and TPINE LEASING CAPITAL LP,

Defendants.

25 Civ. 10367 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On June 1, 2026, the Court ordered the parties to submit a joint letter and proposed case management plan by July 31, 2026. *See* ECF No. 12. That deadline has passed. Accordingly, by **August 31, 2026**, the parties shall submit a joint letter and proposed case management plan.

SO ORDERED.

Dated: August 11, 2026
New York, New York

ANALISA TORRES
United States District Judge